IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER MIRANDA,

       Petitioner,                      No. CIV S-08-3147 KJM P

    vs.

R.L. BARNES,

       Respondent.               ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 4, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's motion to dismiss or inform the court that he has no opposition to the motion within twenty days. Failure to comply with this order will result in this action being dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: July 24, 2009.

                                            U.S. MAGISTRATE JUDGE

1/mira3147.46