IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAVIER MIRANDA,

    Petitioner,                    No. CIV S-08-3147 KJM P

    vs.

R. L. BARNES,

    Respondent.               ORDER

_____/

        On July 24, 2009, the court ordered petitioner to file an opposition to respondent's pending motion to dismiss or inform the court that he has no opposition to the motion within thirty days. Petitioner was warned that failure to comply with the court's order would result in dismissal of this action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Petitioner has not complied with the court's July 24, 2009 order. Therefore, IT IS HEREBY ORDERED that this action is dismissed.

DATED: January 29, 2010.

                                                U.S. MAGISTRATE JUDGE

1
mira3147.dis